UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA A. LINTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br><br>    Defendant. | Case No.  15-cv-04629-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is set for a Case Management Conference on January 7, 2016.  However, as Plaintiff Deidra Lintz has filed an appeal regarding the decision to transfer this case from the Eastern District of California (*see Deidra Lintz v. USDC-CASF*, 15-73948 (9th Cir. 2015)), the Case Management Conference is CONTINUED to February 18, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The parties shall file a Joint or Separate Case Management Statement(s) by February 11, 2015, containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  Alternatively, if the appeal remains pending, either or both parties may request a further continuance of the Case Management Conference.

**IT IS SO ORDERED.**

Dated: January 4, 2016

                                                  MARIA-ELENA JAMES<br>
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA A. LINTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE,<br><br>        Defendant. | Case No.  15-cv-04629-MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on January 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deidra A. Lintz
7301 Saltgrass Way
Elk Grove, CA 95758-4976


Dated: January 4, 2016

                                                  Richard W. Wieking
                                                  Clerk, United States District Court

                                                  By: _____
                                                  Chris Nathan, Deputy Clerk to the
                                                  Honorable MARIA-ELENA JAMES