UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEIDRA A. LINTZ,

        Plaintiff,

    v.

PATRICK R. DONAHOE,

        Defendant.

Case No. 15-cv-04629-MEJ

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

On January 4, 2016, the Court continued the Case Management Conference in this case, pending resolution of Plaintiff Deidra Lintz's appeal regarding the decision to transfer this case from the Eastern District of California (see Deidra Lintz v. USDC-CASF, 15-73948 (9th Cir. 2015)).  As the appeal remains pending, the Court VACATES the February 18, 2016 Case Management Conference.  The parties shall file a status report after resolution of Plaintiff's appeal.

       **IT IS SO ORDERED.**

Dated: February 8, 2016

_____

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEIDRA A. LINTZ,

          Plaintiff,

    v.

PATRICK R. DONAHOE,

        Defendant.

Case No.  15-cv-04629-MEJ

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on January 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deidra A. Lintz
7301 Saltgrass Way
Elk Grove, CA 95758-4976

Dated: February 8, 2016

Richard W. Wieking
Clerk, United States District Court

By: _____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

United States District Court
Northern District of California

2