UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA A. LINTZ,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICK R. DONAHOE,<br><br>        Defendant. | Case No. 15-cv-04629-MEJ<br><br>**ORDER RE: MOTION FOR PRELIMINARY INJUNCTION AND SANCTIONS**<br><br>Re: Dkt. No. 36 |

On February 8, 2016, the Court vacated the February 18, 2016 Case Management Conference in this case pending resolution of Plaintiff's appeal.  Dkt. No. 36.  Plaintiff has now filed a Motion for Preliminary Injunction and Sanctions, arguing Defendant "untruthful facts . . . and mischaracterization of law . . . induced the Eastern District Court of California, to inappropriately and in error, transfer Plaintiff's case to the Northern District of California."  Dkt. No. 36.  As Plaintiff's Motion addresses the very issues on which her appeal is based, the Motion is **DENIED**.

   **IT IS SO ORDERED.**

Dated: February 11, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRA A. LINTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK R. DONAHOE,<br><br>　　　　　Defendant. | Case No.　15-cv-04629-MEJ<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　　That on February 11, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deidra A. Lintz
7301 Saltgrass Way
Elk Grove, CA 95758-4976


Dated: February 11, 2016

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Chris Nathan, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　　Honorable MARIA-ELENA JAMES